IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                         Case No. 1:22-cr-10014-002

JOHN GRISSOM                                                                                                      DEFENDANT

## ORDER

Before the Court is Defendant John Grissom's Motion to Modify Bond. ECF No. 325. Defendant, who is currently detained and awaiting sentencing, seeks an order permitting Defendant to attend his grandmother's funeral that will be held on December 11, 2023, in Magnolia, Arkansas. Defendant asks to be released from 9:00 a.m. to 4:00 p.m on December 11, 2023 to attend the funeral.

Upon consideration, the Court finds that Defendant's request to attend his grandmother's funeral (ECF No. 325) should be and hereby is **GRANTED**. The visit shall last no more than one (1) hour and the Marshals Service will remain with Defendant at all times and under such conditions as determined by the Service to be appropriate. Defendant must arrange the visit through the United States Marshals Service with a law enforcement escort and bear the cost of the transport in advance of the visit.

**IT IS SO ORDERED**, this 7th day of December, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge