IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:22-CR-10014-002 |
| ) | |
| JOHN L. GRISSOM ) | |
| a/k/a "Lil' John" ) | |

## FINAL ORDER OF FORFEITURE

On October 10, 2023, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 289). In the Preliminary Order of Forfeiture, a red 2021 Honda Accord, bearing vehicle identification number (VIN) 1HGCV1F39MA080535, was forfeited to the United States pursuant to Title 18 U.S.C. § 2253, incorporating by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On December 19, 2023, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was December 15, 2023. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 10, 2023, shall become final at this time.

IT IS SO ORDERED this 7th day of august, 2024.

*[signature]*
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE